No. 60077.—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 271836–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of colored, jacquard-figured, woven ribbons, wholly or in chief

value of rayon, made on a jacquard-weaving loom, with fast edges, not exceeding 12 inches in width, the claim of the plaintiff was sustained.